

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-2003

# In Re Simone

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3274

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"In Re Simone " (2003). *2003 Decisions.* Paper 245.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/245

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT  PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 02-3274
_____


IN RE: RICHARD A. SIMONE


RICHARD A. SIMONE,
                              Appellant

v.

APEX MORTGAGE


_____


Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 02-cv-01263 )
District Judge: Honorable Mary Little Cooper

_____

Argued on June 3, 2003

Before: ALITO, ROTH and STAPLETON, <u>CIRCUIT JUDGES</u>

(Opinion filed: September 29, 2003 )


David A. Luthman, Esquire (Argued)
Toll, Sullivan and Luthman
800 North Kings Highway, Suite 400
Cherry Hill, New Jersey 08034


<u>Attorney for Appellee</u>

Edward F. Christopher, Esquire (Argued)
Edward F. Christopher, P.A.
227 Maple Avenue
Red Bank, New Jersey 07701

<u>Attorney for Appellant</u>

_____

OPINION

_____

ROTH, Circuit Court;

Debtor Richard Simone has appealed the August 9, 2002, judgment by the United States District Court for the District of New Jersey, affirming the Bankruptcy Court's vacation of the automatic stay.

Because the facts of this dispute are well known to the parties, we will not repeat them except for a few key ones. On March 31, 1999, Simone and his wife, Patricia, borrowed $276,000 from Apex Mortgage Corporation. The Note was secured by a first mortgage on Simone's apartment building in North Hanover, New Jersey. In November 1999, Simone defaulted on repayment of the loan. Ultimately, Simone filed a Chapter 11 bankruptcy petition, triggering the automatic stay. The automatic stay was conditionally lifted but, when Simone failed to meet those conditions, his property was sold at auction. Simone appealed the Bankruptcy Court's order to vacate the automatic stay to the United States District Court for the District of New Jersey. The District Court affirmed the Bankruptcy Court. Simone then appealed to this Court.

2

Because the property has already been sold, the question whether the automatic stay was properly granted is moot and no relief is available to Simone.  This case must therefore be dismissed for lack of jurisdiction.  *See, e.g., Lusardi v. Xerox Corp.*, 975 F.2d 964, 974 (3d Cir. 1992).

_____

TO THE CLERK:

     Please file the foregoing Opinion.


                By the Court,


                /s/ Jane R. Roth
                  Circuit Judge